EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

Eastern District of Kentucky
FILED
DEC - 5 2008
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO. 08-46 (WOB)

VALLEY FORGE COMPOSITE
TECHNOLOGIES, INC.                                          PLAINTIFFS

VS.                              **ORDER**

NATIONAL CONCEPT LICENSING, INC.,
MARVIN MOORE, CINDY L. SEIDE,
and RICHARD S. GOLD                                         DEFENDANTS

      This matter is before the court on the Report and Recommendation of the Magistrate Judge (Doc. 35) recommending that a rule to show cause be issued against defendant Richard S. Gold, individually and on behalf of defendant National Concept Licensing, Inc., why they should not be held in contempt of this court[1] for failure to attend a settlement conference ordered by the court. The defendants have objected to the Magistrate Judge's Report and Recommendation and filed a motion for leave to file a reply to plaintiff's response. (Docs. 36 & 39). This court has reviewed defendants' reply.

      Having carefully reviewed the record herein, and the court being otherwise sufficiently advised,

    **IT IS ORDERED** as follows:

    1. That the motion for leave to file a reply to plaintiff's

---

[1] Although the Report and Recommendation says this would be for civil contempt, it would also involve criminal contempt.

response to objections (Doc. 39) be, and is hereby, **GRANTED**;

    2. That the objection to the Report and Recommendation (Doc. 36) be, and is hereby, **OVERRULED**;

    3. That the court hereby adopts the Report and Recommendation of the Magistrate Judge (Doc. 35); and

    4. That the Defendant Richard S. Gold, individually and on behalf of the defendant National Concept Licensing, Inc. is hereby **ORDERED** to appear before the undersigned on Friday, December 19, 2008, at 1:30 p.m., Eastern Standard Time, in the 5th Floor Courtroom at 35 West Fifth Street, Covington, Kentucky, to show cause, if any they have, why they should not be held in civil and/or criminal contempt of this court, for failure to obey the order of the Honorable J. Gregory Wehrman, United States Magistrate Judge, referenced in the aforesaid Report and Recommendation.

    This 5th day of December, 2008.



**Signed By:**
*William O. Bertelsman* WOB
**United States District Judge**